**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAWDAT LAHLOUH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DITECH FINANCIAL, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-02881-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; AND REMANDING CASE TO SANTA CLARA COUNTY SUPERIOR COURT**<br><br>[Re: ECF 19] |

Defendant Ditech Financial, LLC removed this case from the Santa Clara County Superior Court on the basis of diversity of citizenship. Notice of Removal, ECF 3. Plaintiffs immediately filed a motion for remand on the ground that there is not complete diversity of citizenship between Plaintiffs and Defendants, and they requested sanctions for improper removal. Motion for Remand, ECF 7. In response, Defendant Ditech conceded that removal was improper but it asserted that sanctions would be inappropriate. Response, ECF 11. Plaintiffs thereafter filed a reply withdrawing their request for sanctions. Reply, ECF 12.

On June 21, 2018, Magistrate Judge Virginia K. DeMarchi issued an Order directing that the case be reassigned to a district judge and a Report and Recommendation ("R&R") that the case be remanded to the Santa Clara County Superior Court. R&R, ECF 19. No party filed an objection to the R&R and the time to object has expired. *See* Fed. R. Civ. P. 72(b)(2) (deadline to object is 14 days after service of R&R). The Court finds Judge DeMarchi's R&R to be well-reasoned and correct in every respect, and ADOPTS the R&R in its entirety.

Accordingly, IT IS HEREBY ORDERED that the case be REMANDED to the Santa Clara County Superior Court.

Dated: July 11, 2018

_____
BETH LABSON FREEMAN
United States District Judge